| Name, Address and Telephone Number of Attorney(s): |  |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Shannon J. Leap (SBN 339574)<br>21800 Burbank Ave., Suite 310<br>Woodland Hills, CA 91367<br>(818)347-3333 |  |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Adrian Romero | CASE NUMBER |
|---|---|
|  | 2:23-cv-02025-GW-PVC |
| Plaintiff(s) |  |
| v. |  |
| County of Los Angeles; Damien Guerrero; Sergio Campos; Justin Perez; DOES 1-10, inclusive, | REQUEST:<br>ADR PROCEDURE SELECTION |
| Defendant(s). |  |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 12/14/2023        /s/ Dale K. Galipo

                         Attorney for Plaintiff  Adrian Romero

Dated: 12/14/2023        /s/ Shannon J. Leap

                         Attorney for Plaintiff  Adrian Romero

Dated: 12/19/2023        /s/ Katherine E. Orletsky

                         Attorney for Defendant  County of Los Angeles, et al.

Dated:

                         Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.