1  Dale K. Galipo (SBN 144074
2  *dalekgalipo@yahoo.com*
   Shannon J. Leap (SBN 339574)
3  *sleap@galipolaw.com*
   LAW OFFICES OF DALE K. GALIPO
4  21800 Burbank Blvd, Suite 310
5  Woodland Hills, California 91367
   Tel:   (818) 347-3333
6  Fax:   (818) 347-4118
7
8  *Attorneys For Plaintiff*

9  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
10 Katherine E. Orletsky, State Bar No. 299857
   E-Mail: korletsky@hurrellcantrall.com
11 HURRELL CANTRALL LLP
   725 S. Figueroa Street, Suite 3800
12 Los Angeles, California 90017
   Telephone: (213) 426-2000
13 Facsimile: (213) 426-2020

14 *Attorneys for Defendants*

15
                   **UNITED STATES DISTRICT COURT**
16                  **CENTRAL DISTRICT OF CALIFORNIA**
17

18 | Adrian Romero; | **CASE NO.: 2:23-cv-02025-GW-PVC** |
|  | [*Hon. George H. Wu*] |
19 | Plaintiff, |  |
20 | vs. | **STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DEADLINE; [PROPOSED] ORDER** |
21 | COUNTY OF LOS ANGELES, a Public Entity; SERGIO CAMPOS; DAMIEN GUERRERO; AND JUSTIN PEREZ; and DOES 1 through 10, inclusive; |  |
22 |  |  |
23 |  |  |
24 | Defendants. |  |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED BY AND BETWEEN ADRIAN ROMERO ("Plaintiff"), and COUNTY OF LOS ANGELES; SERGIO CAMPOS; DAMIEN GUERRERO; and JUSTIN PEREZ ("Defendants," collectively "the Parties") as follows:

**GOOD CAUSE STATEMENT:**

1. The parties worked diligently to conduct and complete fact discovery before the Fact Discovery Cutoff Deadline of December 15, 2023. All named parties were deposed.

2. To enable retained experts the ability to review the deposition transcripts in order to meaningfully opine on the facts of the case, the Parties propose a continuation of the Expert Discovery cutoff date of February 16, 2023.

3. The transcripts of all completed depositions are currently still being finalized, and the Parties' respective retained experts would benefit from the review of the deposition transcripts. Pursuant to this Court's Scheduling Order (Dkt. No. 23), the Parties have met and conferred and propose an Initial Expert Discovery Disclosure Deadline of January 19, 2024 and a Rebuttal Expert Disclosure Deadline of February 2, 2023.

4. The Parties have also identified Richard Copeland as their mutually agreed upon mediator and have scheduled a mediation with Mr. Copeland for January 5, 2024. Plaintiff will file the appropriate ADR forms with the Court.

5. This is the first request of the Parties to continue any pre-trial dates and deadlines in this matter.

Based on the foregoing, the Parties hereby stipulate and request a continuance of the Court's scheduling order and case management deadlines along the following lines:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | Not Set | 01/19/2024 |
| **Rebuttal Expert Disclosures** | Not Set | 02/02/2024 |
| **Expert Discovery Cut-Off** | 01/26/2024 | 02/16/2024 |
| **Motion Hearing Deadline** | 02/26/2024 | No Change |
| **Motions in Limine Filing Deadline** | 3/21/2023 | No Change |
| **Joint Pre-trial Filings** | 03/22/24 | No Change |
| **Final Pre-Trial Conference** | 03/28/24 at 8:30 a.m. | No Change |
| **Trial** | 04/09/24 at 9:00 a.m. | No Change |

IT IS SO STIPULATED.

DATED: December 19, 2023             LAW OFFICES OF DALE K. GALIPO

                                     By: */s/Shannon Leap*
                                         Dale K. Galipo
                                         Shannon J. Leap[1]
                                         Attorneys for Plaintiff.

DATED:  December 19, 2023            HURRELL CANTRALL LLP


                                     By:      */s/ Katherine E. Orletsky*
                                         THOMAS C. HURRELL
                                         KATHERINE E. ORLETSKY
                                         Attorneys for Plaintiffs

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.