Dale K. Galipo (SBN 144074)
Shannon J. Leap (SBN 339574)
21800 Burbank Ave., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Romero<br><br>Plaintiff(s)<br>v.<br><br>County of Los Angeles; Damien Guerrero; Sergio Campos; Justin Perez; DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23-cv-02025-GW-PVC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ____Richard Copeland____ may serve as the Panel Mediator in the above-captioned case. ____Shannon J. Leap____ has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ____01/05/2024____ and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: ____

Dated: 12/15/2023                        /s/ Dale K. Galipo
                                         Attorney For Plaintiff   Adrian Romero

Dated: 12/15/2023                        /s/ Shannon Leap
                                         Attorney For Plaintiff   Adrian Romero

Dated: December 20, 2023                 /s/ Katherine E. Orletsky
                                         Attorney For Defendant   County of Los Angeles, et al.

Dated:                                   
                                         Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                  **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**