# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Romero;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES, a Public Entity; SERGIO CAMPOS; DAMIEN GUERRERO; AND JUSTIN PEREZ; and DOES 1 through 10, inclusive;<br><br>　　　　　Defendants. | **CASE NO.: CV 23-2025-GW-PVCx**<br>[*Hon. George H. Wu*]<br><br>**ORDER RE: STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DEADLINE** |

This Court, having read and considered the parties' Joint Stipulation to Modify the Court's Order re: Settlement Conference, and finding good cause, therefore, hereby modifies the Court's Order (Doc. 23) as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| **Initial Expert Disclosures** | Not Set | 01/19/2024 |
| **Rebuttal Expert Disclosures** | Not Set | 02/02/2024 |
| **Expert Discovery Cut-Off** | 01/26/2024 | 02/16/2024 |
| **Motion Hearing Deadline** | 02/26/2024 | No Change |
| **Motions in Limine Filing Deadline** | 3/21/2023 | No Change |
| **Joint Pre-trial Filings** | 03/22/24 | No Change |
| **Final Pre-Trial Conference** | 03/28/24 at 8:30 a.m. | No Change |
| **Trial** | 04/09/24 at 9:00 a.m. | No Change |

IT IS SO ORDERED.

DATED: December 20, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE