Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
Katherine E. Orletsky, State Bar No. 299857
E-Mail: korletsky@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, SERGIO CAMPOS, DAMIEN GUERRERO and JUSTIN PEREZ

Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Shannon J. Leap (SBN 339574)
*sleap@galipolaw.com*
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys For Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADRIAN ROMERO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO CAMPOS; DAMIEN GUERRERO; JUSTIN PEREZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02025-GW(PVCx)<br><br>**JOINT STATUS REPORT RE STATUS OF SETTLEMENT AND REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE**<br><br>[Assigned to Hon. George H. Wu Courtroom 9D] |

**TO THIS HONORABLE COURT:**

Defendant, COUNTY OF LOS ANGELES, and Plaintiff, ADRIAN ROMERO, ("Parties") jointly, submit this status report pursuant to this Court's January 17, 2024 In Chambers Order (ECF No. 38).

## **RECITALS**

1. On January 12, 2024, the parties participated in a mediation with ADR Panel Mediator Richard Copeland and all parties reached a settlement agreement to resolve the matter in its entirety. The Parties signed a stipulation for settlement on that date.

2. The settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Los Angeles County Claims Board and the Board of Supervisors, which defense counsel will be recommending. As previously advised, the process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 9-12 months from the date the settlement agreement is fully executed by the parties.

3. Plaintiff received the draft of the settlement agreement from Defense Counsel on March 21, 2024. The County received the executed settlement agreement from Plaintiff on June 12, 2024.

4. Currently, the County is in the process of completing its Corrective Action Plan (CAP). The CAP process is lengthy and involves several steps in its preparation, followed by review and approval of multiple levels of LASD and County personnel. Once that process is completed, including the final review and signatures from the CEO of Risk Management for Los Angeles County, the matter can then be placed in front of the Claims Board for approval of the settlement. After approval by the Claims Board, the matter will typically go before the Board of Supervisors within approximately 60 days.

5. Counsel for each of the parties request to appear remotely at the Status Conference currently on calendar for October 10, 2024. The parties do not anticipate the need to make any oral argument at the Status Conference and

Plaintiff's counsel, Shannon Leap, is defending a remote deposition on October 10, 2024, at 11:30 a.m. Alternatively, if the Court prefers to hold the Status Conference in person, Plaintiff's counsel requests that this matter receive priority and be called first on that day's calendar.

6. Accordingly, the parties request that the Court set a status conference in approximately six (6) months so that the parties may update the Court regarding the status of the approval of the settlement.

DATED: October 7, 2024     HURRELL CANTRALL LLP[1]

By: _/s/ Katherine E. Orletsky_
THOMAS C. HURRELL
BLESSING O. EKPEZU
KATHERINE E. ORLETSKY
Attorneys for Defendants, COUNTY OF LOS ANGELES, SERGIO CAMPOS, DAMIEN GUERRERO and JUSTIN PEREZ

DATED: October 7, 2024     LAW OFFICES OF DALE K. GALIPO

By: _/s/ Shannon J. Leap_
Dale K. Galipo
Shannon J. Leap

---

[1] Defendants' undersigned counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.

3