UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2025-GW-PVCx | Date | October 8, 2024 |
|---|---|---|---|
| Title | *Adrian Romero v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:      IN CHAMBERS - ORDER**


This matter is currently set for a status conference on October 10, 2024. This action was initially filed on March 1, 2023.

The Court has received and reviewed the parties' Joint Status Report re Status of Settlement (ECF No. 39) wherein it is stated *inter alia* that: "the process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 9-12 months *from the date the settlement agreement is fully executed by the parties*. [emphasis added]." It is further delineated that the County received Plaintiff's executed agreement on June 12, 2024, and the County has to complete a Corrective Action Plan before going to the Board of Supervisors for its approval. The parties ask the Court for another six months to then "update the Court regarding the status of the approval of the settlement." *Id.*

It is noted that when the parties initially advised the Court on January 16, 2024, that a settlement had been reached on January 12, 2024 – but that it was "conditioned upon the approval by the relevant Los Angeles County boards, including the Los Angeles County Claims Board and the Board of Supervisors, which defense counsel will be recommending" – the Court was told that the process "is anticipated to take 9-12 months." ECF No. 37. The Court was *not* told that the 9-12 months would start "from the date the settlement agreement is fully executed by the parties" which in turn would take about six months. Had the Court been so informed, it would not have taken "all previously set dates off-calendar" and merely set "a status conference re settlement for October 10, 2024." *See* ECF No. 38. Indeed, having had many similar 42 U.S.C. § 1983 cases against the County, it was this Court's experience that the County's settlement approval process was normally completed within 9 to 12 months of the parties' reaching a settlement.

In light of the above, the Court continues the October 10, 2024 status conference to January 16, 2025 at 8:30 a.m. The parties are advised that if the settlement process is not completed by January 15, 2025 and a dismissal is filed, the Court will place the case back on its active calendar and set the trial for March 4, 2025, which is more than two years after the case was initially filed.

|  | : |
|---|---|
| Initials of Preparer | JG |