Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Blessing O. Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
Katherine E. Orletsky, State Bar No. 299857
E-Mail: korletsky@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, SERGIO CAMPOS, DAMIEN GUERRERO and JUSTIN PEREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ADRIAN ROMERO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; SERGIO CAMPOS; DAMIEN GUERRERO; JUSTIN PEREZ; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-02025-GW(PVCx)<br><br>**JOINT STATUS REPORT RE STATUS OF SETTLEMENT**<br><br>[Assigned to Hon. George H. Wu Courtroom 9D] |

**TO THIS HONORABLE COURT:**

Defendants, COUNTY OF LOS ANGELES, SERGIO CAMPOS, DAMIEN GUERRERO and JUSTIN PEREZ and Plaintiff, ADRIAN ROMERO, ("Parties") jointly, submit this status report in advance of the scheduled Status Conference on January 16, 2025.

## **RECITALS**

1.　On January 12, 2024, the parties participated in a mediation with ADR Panel Mediator Richard Copeland and all parties reached a settlement

agreement to resolve the matter in its entirety. The Parties signed a stipulation for settlement on that date.

2. The settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Los Angeles County Claims Board and the Board of Supervisors, which defense counsel will be recommending. As previously advised, the process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 9-12 months from the date the settlement agreement is fully executed by the parties.

3. Plaintiff received the draft of the settlement agreement from Defense Counsel on March 21, 2024. The County received the executed settlement agreement from Plaintiff on June 12, 2024.

4. The Los Angeles County Board of Supervisors has established protocols in lawsuits. Where the liability of the settlement or judgment exceeds $100,000, a Corrective Action Plan (CAP) (a confidential document) and a Summary Corrective Action Plan (SCAP) (a public record) must be produced.

5. After the subject settlement agreement was fully executed, the settlement moved on to the CAP phase. The CAP process involves several steps in its preparation, including investigation, drafting, and revisions, followed by approval of multiple levels of LASD personnel. The County is in the CAP process phase of the approvals process. Most recently, the draft CAP was reviewed by the CEO and returned to the Los Angeles Sheriff's Department for revisions.

6. Once the final review and signatures are completed in the CAP process, the matter will be placed on the agenda for approval by the Claims Board.

7. After approval by the Claims Board, the matter will typically go before the Board of Supervisors within approximately 60 days. After the County Board of Supervisors' approval, the settlement documents and Plaintiff's payment

instructions will be submitted to the Los Angeles County Auditor-Controller, and then the settlement payment will be issued.

8. The Parties request the Court allow additional time for the settlement approval process to proceed.

9. Accordingly, the parties request that the Court set a status conference in approximately four (4) months so that the parties may update the Court regarding the status of the approval of the settlement.

DATED: January 14, 2025          HURRELL CANTRALL LLP[1]

By: ___*/s/ Katherine E. Orletsky*___
THOMAS C. HURRELL
BLESSING O. EKPEZU
KATHERINE E. ORLETSKY
Attorneys for Defendants, COUNTY OF LOS ANGELES, SERGIO CAMPOS, DAMIEN GUERRERO and JUSTIN PEREZ

DATED: January 14, 2025          LAW OFFICES OF DALE K. GALIPO

By: ___*/s/ Shannon J. Leap*___
Dale K. Galipo
Shannon J. Leap
Attorneys for Plaintiff

---

[1] Defendants' undersigned counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.