Dale K. Galipo (SBN 144074
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

*Attorneys For Plaintiff*

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Katherine E. Orletsky, State Bar No. 299857
E-Mail: korletsky@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN ROMERO;<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a Public Entity; SERGIO CAMPOS; DAMIEN GUERRERO; AND JUSTIN PEREZ; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO.: 2:23-cv-02025-GW-PVC<br>[*Hon. George H. Wu*]<br><br>**JOINT REPORT RE STATUS OF SETTLEMENT** |

**TO THIS HONORABLE COURT:**

Plaintiff ADRIAN ROMERO ("Plaintiff"), and COUNTY OF LOS ANGELES; SERGIO CAMPOS; DAMIEN GUERRERO; and JUSTIN PEREZ ("Defendants," collectively "the Parties"), by and through their respective counsel, hereby submit the following joint status report regarding settlement.

## RECITALS

1. On January 12, 2024, the parties participated in a mediation with ADR Panel Mediator Richard Copeland and all parties reached a settlement agreement to resolve the matter in its entirety. The Parties signed a stipulation for settlement on that date.

2. The settlement is conditioned upon the approval by the relevant Los Angeles County boards, including the Los Angeles County Claims Board and the Board of Supervisors, which defense counsel will be recommending. As previously advised, the process of obtaining approvals from the Los Angeles County Claims Board and Board of Supervisors is expected to take 9-12 months from the date the settlement agreement is fully executed by the parties.

3. Plaintiff received the draft of the settlement agreement from Defense Counsel on March 21, 2024. The County received the executed settlement agreement from Plaintiff on June 12, 2024.

4. The Los Angeles County Board of Supervisors has established protocols in lawsuits. That protocol, as outlined in prior Status Reports, includes approval by the Claims Board followed by the Board of Supervisors. On July 15, 2025, the Board of Supervisors approved the settlement.

5. The County is currently in the process of preparing the settlement funds and expects to issue the settlement check within thirty (30) days.

6. The Parties request the Court allow additional time for the settlement funds to be issued.

7. Accordingly, the parties request that the Court continue the status conference to a date falling in approximately three (3) months so that the parties may update the Court regarding the status of the approval of the settlement.

Respectfully Submitted,

DATED: August 8, 2025          LAW OFFICES OF DALE K. GALIPO

By:     */s/ Renee V. Masongsong*
          DALE K. GALIPO
          RENEE V. MASONGSONG[1]
          Attorneys for Plaintiffs

DATED: August 8, 2025          HURRELL CANTRALL LLP

By:     */s/ Katherine E. Orletsky*
          THOMAS C. HURRELL
          KATHERINE E. ORLETSKY
          Attorneys for Defendants

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.