UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2025-GW-PVCx | Date | August 14, 2025 |
|---|---|---|---|
| Title | *Adrian Romero v. County of Los Angeles, et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Miranda Algorri | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Renee V. Masongsong | Blessing O. Ekpezu |

**PROCEEDINGS:** STATUS CONFERENCE

Settlement is reached. Court and counsel confer. The Court vacates all currently set deadlines and/or dates, and sets an order to show re: settlement hearing for September 18, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss by noon on September 16, 2025.

: 02

Initials of Preparer  JG