LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys For Plaintiff*

Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Katherine E. Orletsky, State Bar No. 299857
E-Mail: korletsky@hurrellcantrall.com
Blessing Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
800 W 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ROMERO;<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, a Public Entity; SERGIO CAMPOS; DAMIEN GUERRERO; and JUSTIN PEREZ<br><br>    Defendants. | Case No. 2:23-cv-02025-GW-PVC<br><br>Assigned to:<br>Hon. District Judge George H. Wu<br>Hon. Magistrate Judge Pedro V. Castillo<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>*[Proposed] Order submitted concurrently herewith.* |

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff Adrian Romero ("Plaintiff") and Defendants County of Los Angeles; Sergio Campos; Damien Guerrero; and Justin Perez (collectively, "Defendants"), by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED: September 5, 2025        LAW OFFICES OF DALE K. GALIPO

                                              By: */s/Renee Masongsong*
                                              Dale K. Galipo
                                              Renee Masongsong
                                              Attorneys for Plaintiff

DATED:  September 5, 2025        HURRELL CANTRALL LLP


                                              By:       */s/ Blessing Ekpezu*
                                              THOMAS C. HURRELL
                                              BLESSING EKPEZU
                                              Attorneys for Defendants