JS-6

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ADRIAN ROMERO, | Case No.  CV 23-2025-GW-PVCx |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 10, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE